# IN THE UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF ARKANSAS
## CENTRAL DIVISION

**KYLE ARTHUR STEFFENS**                                                                **PLAINTIFF**

v.                                               4:20-CV-000763-BRW

**CALIFORNIA,** *ET AL.*                                                                **DEFENDANTS**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Because Plaintiff's Complaint is nonsensical and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED AS MOOT.

IT IS SO ORDERED this 19th day of June, 2020.


                                                                Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE

---

[1] *See Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).